**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> VINCENT FORREST, <br><br> *Defendant.* | Criminal Action No. 21-431 (RDM) |

### JURY VERDICT FORM

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

**COUNT ONE**
**(Conspiracy, in violation of 18 U.S.C. § 371)**

We, the Jury, find the defendant, VINCENT FORREST:

_____Not Guilty                    \_\_\_X\_\_\_\_\_Guilty

**COUNT THREE**
**(Bribery, in violation of 18 U.S.C. § 201(b)(2)(C))**

We, the Jury, find the defendant, VINCENT FORREST:

_____Not Guilty                    \_\_\_X\_\_\_\_\_Guilty

**COUNT FOUR**
**(False Statement, in violation of 18 U.S.C. § 1001)**

We, the Jury, find the defendant, VINCENT FORREST:

_____Not Guilty                    \_\_\_X\_\_\_\_\_Guilty